IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DUANE LUSE,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-298-bbc

v.

ERIC WEGE, ERIC LOSEE,
DAN GANNON, DAWN SUZA,
PATRICIA BAACKE, MICKEY McMCASH,
ONIEDA COUNTY JAIL,
PATRICIA O'MELIA,
WISCONSIN DEPARTMENT OF
CORRECTIONS, MS. DERUS and
MS. HANSON,

      Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 6/18/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |